IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELDON GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX SUPPLY CHAIN, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No. 2:21-cv-02518-JPM-tmp<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING RENEWED MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Report and Recommendation filed by United States Chief Magistrate Judge Tu M. Pham on July 21, 2022 (ECF No. 93) with respect to *pro se* Plaintiff Sheldon Green's Renewed Motion for Summary Judgment (ECF No. 58). The Magistrate Judge submits that Plaintiff's Motion should be denied. (ECF No. 93 at PageID 377.) For the reasons discussed below, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

    **I.**    **PROCEDURAL BACKGROUND**

Plaintiff filed this action in Tennessee state court on July 2, 2021 (ECF No. 1 at PageID 7–8), and Defendant removed the case to this Court on August 11, 2021 (id. at PageID 3–5). Plaintiff filed an Amended Complaint on August 13, 2021, alleging "religious discrimination, unlawful termination, defamation of character, and libel" against Defendant. (ECF No. 8.)

Defendant filed an Amended Answer to First Amended Complaint on October 1, 2021. (ECF No. 20.)

On December 1, 2021, Plaintiff filed a Motion for Partial Summary Judgment. (ECF No. 35.)[1] The Magistrate Judge filed a Report and Recommendation on February 18, 2022, recommending that Plaintiff's Motion be denied for failure to "contain a statement of material facts, citations to the record, or any supporting evidence" and because only the Parties' initial disclosures had been filed at that stage in the litigation. (ECF No. 47 at PageID 152.) Plaintiff filed Objections on March 4, 2022. (ECF No. 51.) On March 22, 2022, this Court adopted the Report and Recommendation and denied Plaintiff's Motion for Partial Summary Judgment. (ECF No. 54.)

On March 30, 2022, Plaintiff filed the instant Renewed Motion for Summary Judgment. (ECF No. 58.) The Magistrate Judge's Report and Recommendation on the Renewed Motion for Summary Judgment was filed on July 21, 2022. (ECF No. 93.) Objections to the Report and Recommendation were due by August 4, 2022, and no objections were filed.

## II.   LEGAL STANDARD

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note.

## III.   ANALYSIS

---

[1] The instant Report and Recommendation incorrectly refers to this document as ECF No. 23. (See ECF No. 93 at PageID 378.)

Because no objections were filed, the Court reviews the Report and Recommendation for clear error.  Fed. R. Civ. P. 72(b)(3).  Upon full review of the Magistrate Judge's Report and Recommendation, the Court has not identified any clear error and concurs with the Magistrate Judge's findings.  The Report and Recommendation is, therefore, **ADOPTED** in full.  Sheldon Green's Renewed Motion for Summary Judgment is **DENIED**.

**SO ORDERED**, this 2nd day of February, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE