IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELDON GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDEX SUPPLY CHAIN, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 2:21-cv-02518-JPM-tmp |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR SANCTIONS**

Before the Court is the Report and Recommendation filed by United States Chief Magistrate Judge Tu M. Pham on August 3, 2022 (ECF No. 96) with respect to *pro se* Plaintiff Sheldon Green's Motion for Sanctions (ECF No. 85). The Magistrate Judge submits that Plaintiff's Motion should be denied. (ECF No. 96 at PageID 436.) For the reasons discussed below, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

**I.      PROCEDURAL BACKGROUND**

Plaintiff filed this action in Tennessee state court on July 2, 2021 (ECF No. 1 at PageID 7–8), and Defendant removed the case to this Court on August 11, 2021 (id. at PageID 3–5). Plaintiff filed an Amended Complaint on August 13, 2021, alleging "religious discrimination, unlawful termination, defamation of character, and libel" against Defendant. (ECF No. 8.) Defendant filed an Amended Answer to First Amended Complaint on October 1, 2021. (ECF No. 20.)

On June 7, 2022, Plaintiff filed the instant Motion for Sanctions. (ECF No. 85.) Defendant filed a Response in Opposition on June 13, 2022. (ECF No. 88.) The Magistrate Judge's Report and Recommendation for Sanctions was filed on August 3, 2022. (ECF No. 96.) Objections to the Report and Recommendation were due by August 17, 2022, and no objections were filed.

## II.     LEGAL STANDARD

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note.

## III.    ANALYSIS

Because no objections were filed, the Court reviews the Report and Recommendation for clear error. Fed. R. Civ. P. 72(b)(3). Upon full review of the Magistrate Judge's Report and Recommendation, the Court has not identified any clear error and concurs with the Magistrate Judge's findings. The Report and Recommendation is, therefore, **ADOPTED** in full. Sheldon Green's Motion for Sanctions is **DENIED**.

**SO ORDERED**, this 2nd day of February, 2023.

       /s/ Jon P. McCalla
       JON P. McCALLA
       UNITED STATES DISTRICT JUDGE